# Exhibit 2

DocuSign Envelope ID: 24130BA8-BBB0-4B66-BD50-379FD5F3690F

1  **LAW OFFICES OF JONG YUN KIM**
   Jong Yun Kim (SBN 272176)
2  3600 Wilshire Blvd., Suite 2226
   Los Angeles, CA 90010
3  Telephone: (213) 351-9400
   Facsimile: (213) 736-6514
4
5  Attorneys for Defendants, Hyun Oh Cho
   and Soon Hee Cho
6
7
8                **UNITED STATES DISTRICT COURT**
9                **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| 12  Carmen John Perri, an individual, | Case No. 2:20-cv-01607-JAK-JPR |
| 13          Plaintiff, | **DECLARATION OF JOHN RODRIGUEZ IN SUPPORT OF** |
| 14      vs. | **DEFENDANTS' MOTION FOR PARTIAL SUMMARY** |
| 15  Hyun Oh Cho and Soon Hee Cho, | **JUDGMENT AND REQUEST TO DECLINE** |
| 16  individually and as trustees of the 2005 CHO FAMILY TRUST; and DOES 1-10 | **SUPPLEMENTAL JURISDICTION** |
| 17  inclusive, | |
| 18          Defendants. | |

19
20
21
22
23
24
25
26
27
28

DocuSign Envelope ID: 24130BA8-BBB0-4B66-BD60-379FD5F3690F

## DECLARATION OF JOHN RODRIGUEZ

I, John Rodriguez, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a California state Certified Access Specialist (CASp #474) with years of experience specializing in Americans with Disabilities Act ("ADA") and related California Access laws.

2.      I am familiar with the lawsuit in the above captioned matter and have reviewed the complaint filed in the action.

3.      I make this Declaration based on my own personal knowledge of the matters set forth herein.  If called as a witness in this case, I could and could competently testify as follows:

4.      I personally visited and inspected the property located at 24811-24827 South Western Avenue, Lomita, California (the "Facility") on July 22, 2020 and took measurements.   I am familiar with the property's layout, accessibility, and current condition.

5.      Attached as Exhibit 1 is a true and correct copy of the CASp Report I drafted which depict the current condition of the exterior and interior of the Facility.

6.      Based on my inspection and report, the elements of the Facility identified in Plaintiff's Complaint are compliant under federal and state accessibility standards.  Presently, the curb ramp that used to project from the sidewalk and into the access aisle has been removed; the newly installed curb ramp's angle is less than the maximum grade allowed by ADAAG specification; the soap and towel dispensers have been reinstalled at a height in compliance with ADAAG.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DocuSign Envelope ID: 24130BA8-BBB0-4B66-BD50-379FD5F3690F

Executed on September 29, 2020 at Cerritos, California.

Dated: September 30, 2020

By: _John Rodriguez_

John Rodriguez