**LAW OFFICES OF JONG YUN KIM**
JONG YUN KIM (SBN 272176)
3600 Wilshire Blvd, Suite 2226
Los Angeles, CA 90010
Tel: (213) 351-9400
Fax: (213) 736-6514
Email: Jongkimlaw@hotmail.com

Attorneys for Defendants, Hyun Oh Cho and Soon Hee Cho

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen John Perri, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Hyun Oh Cho and Soon Hee Cho, individually and as trustees of the 2005 CHO FAMILY TRUST; and DOES 1-10 inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-01607-JAK-JPR<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST TO DECLINE SUPPLEMENTAL JURISDICTION**<br><br>The Hon. John A. Kronstadt<br><br>Date:　　March 22, 2021<br>Time:　　8:30 a.m.<br>Ct. Rm.:　10B<br><br>Action Filed:　February 19, 2020<br>Trial Date:　　None Set |

　　　　Defendants Hyun Oh Cho and Soon Hee Cho. (hereinafter "Defendants"), hereby submit this Separate Statement of Uncontroverted Facts with respect to Defendant's Motion for Partial Summary Judgment and Request to Decline Supplemental Jurisdiction.

/ / /

/ / /

## STATEMENT OF UNCONTROVERTED FACTS

| # | UNCONTROVERTED FACTS | SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE | SUPPORTING EVIDENCE TO DISPUTED FACT |
|---|---|---|---|---|
| D1 | Plaintiff alleges he is a paraplegic who uses a wheelchair for mobility. | Exhibit 4 (Plaintiff's Complaint ¶ 1) | | |
| D2 | Plaintiff alleges that when he visited O'Reilly Auto Parts located at 24811 South Western Avenue, Lomita, California (the "Facility") on February 5 2020, he encountered the following architectural barriers: a built up curb ramp that projects from the sidewalk and into the access aisle (Section 406.5); the curb ramp is in excess of the maximum grade allowed by ADAAG specifications (Section 406.1); a soap dispenser that is too high according to ADAAG specifications (Advisory 606.1); a towel dispenser that is too high according to ADAAG specifications (Section 308) | Exhibit 4 (Plaintiff's Complaint ¶¶ 1-12) | | |

| | | | | |
|---|---|---|---|---|
| D3 | Subject Facility has accessible path of travel from the designated accessible parking stall to entrance of the Store. | Exhibit 2 (Rodriguez Decl. ¶ 6); Exhibit 3 (CASp Inspection Report). | | |
| D4 | The accessible path of travel is in compliance is federal and state accessibility standards. | Exhibit 2 (Rodriguez Decl. ¶ 6); Exhibit 3 (CASp Inspection Report). | | |

DATED: August 3, 2020         LAW OFFICES OF JONG YUN KIM


                              By:    /s/ Jong Yun Kim
                                 Jong Yun Kim
                                 Attorneys for Defendants, Yong Kyun
                                 Won, Young Ae Won, GIJ Enterprises Inc.